JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRY SEEHOLZER, | Case No. CV 13-01843 DDP (CWx) |
| Plaintiff, | **ORDER REMOVING CASE FROM ACTIVE CASELOAD** |
| v. | |
| PERFORMANT RECOVERY INC., et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending calendar dates are vacated by the Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: September 3, 2013

DEAN D. PREGERSON
United States District Judge